1      **UNITED STATES DISTRICT COURT**
       **MIDDLE DISTRICT OF FLORIDA**
2                **TAMPA DIVISION**

3   UNITED STATES OF AMERICA,

4                      Plaintiff,

5        vs.                    CASE NO. 8:21-cr-377-KKM-AEP
                                January 7, 2025
6                               Tampa, Florida
                                3:01 - 3:25 p.m.
7
    ALVARO MONTERO-MONSALVO,
8
                       Defendant.
9   _____/

10

11             **TRANSCRIPT OF BENCH TRIAL**
       BEFORE THE HONORABLE KATHRYN K. MIZELLE
12            UNITED STATES DISTRICT JUDGE

13

    **APPEARANCES:**
14

15  For the Government:        LAUREN STOIA, ESQ.
                               Assistant U.S. Attorney
                               400 N. Tampa Street, Suite 3200
16                             Tampa, Florida 33602
                               813/274-6000
17

18  For the Defendant:         ANA M. DAVIDE, ESQ.
                               Ana M. Davide, PA
19                             420 South Dixie Highway, Suite 4B
                               Coral Gables, Florida 33146
                               305/854-6100
20

    Interpreter:               Victoria Spellman
21

22  Court Reporter:            Howard W. Jones, RDR, RMR, FCRR
                               801 N. Florida Avenue, Suite 13B
23                             Tampa, Florida 33602
                               813/301-6158

24

25  Proceedings reported and transcribed by
    computer-aided transcription.

1            **P R O C E E D I N G S**

2            **(Court called to order.)**

3            THE COURT:  Good afternoon.  We are here for a

4  stipulated bench trial in Case 8:21-cr-377.

5            Who speaks for the United States?

6            MS. STOIA:  For the United States, Lauren Stoia,

7  Good afternoon.

8            THE COURT:  Good afternoon, Ms. Stoia.

9            Who speaks for the defendant?

10            MS. DAVIDE:  Good afternoon, Your Honor.  Ana

11  Davide on behalf of Mr. Montero-Monsalvo, who is present at

12  defense counsel table with the help of the interpreter.

13            THE COURT:  Good afternoon.

14            Ms. Spellman, if you could stand, raise your right

15  hand, I'll have the Courtroom Deputy swear you in before you

16  begin interpreting.

17            (Interpreter sworn by the Deputy Clerk.)

18            THE INTERPRETER:  I do.  Victoria C. Spellman,

19  Certified Federal Interpreter.

20            THE DEPUTY CLERK:  Thank you.

21            THE COURT:  Mr. Montero-Monsalvo, if you would

22  stand, raise your right hand.  I'll have the courtroom

23  deputy swear you in before we commence with the stipulated

24  bench trial.

25            (Defendant sworn by the Deputy Clerk.)

1          THE DEFENDANT:  I swear.

2          THE DEPUTY CLERK:  Thank you.

3          THE COURT:  Okay.  Mr. Montero-Monsalvo, I'm going

4     it ask you some questions and explain some things to you.

5     And it might sound redundant or repetitive, but it's part of

6     the process and I want to make sure that you fully

7     understand your rights before you waive them.  If at any

8     point you do not understand what I'm saying or have

9     questions, tell me and I'll explain them to you.

10         Your attorney has advised that you want to waive

11    your right to a jury trial and agree to proceed with a bench

12    trial before me based on a stipulated record where you are

13    admitting the facts that the United States and your attorney

14    believe would be necessary to prove your guilt beyond a

15    reasonable doubt as to Count One of the indictment.

16         The United States filed a joint trial brief that

17    included a stipulation at Doc 65.  I will ask in a few

18    minutes to hand it over.  It has not been signed yet, so I

19    need it to be signed by both parties before the trial can

20    occur.

21         Mr. Montero-Monsalvo, is that what you want to do

22    today?

23         THE DEFENDANT:  Yes, ma'am.

24         THE COURT:  Okay.  At any time you can speak

25    privately with your attorney and if you want to stop the

4

1   proceeding, just tell me and we'll do that.

2          Do you understand?

3          THE DEFENDANT:  No, ma'am.

4          THE COURT:  If at any point you wish to stop the

5   proceeding today, tell me and you can confer with your

6   counsel.

7          Do you understand?

8          THE DEFENDANT:  No.

9          THE COURT:  If at any point you wish to stop the

10  proceeding, just let me know, do you understand that?  At

11  any point you need to talk to your attorney and you want me

12  to pause today's proceeding, do you understand that you have

13  the right to do that?

14         THE DEFENDANT:  Yes, ma'am.

15         THE COURT:  Okay.  Now, I just had you take an

16  oath to tell the truth, so if you knowingly and

17  intentionally tell any lies or leave out anything important,

18  you could be subject to prosecution for perjury and that is

19  a separate felony.

20         In addition, your testimony could be used against

21  you in a proceeding if you challenge the judgment,

22  conviction, or sentence.

23         Do you understand that?

24         THE DEFENDANT:  Yes, ma'am.

25         THE COURT:  Can you please state and spell your

1    name for the record?

2              THE DEFENDANT:  Alvaro Montero-Monsalvo.

3              THE COURT:  What's your date of birth?

4              THE DEFENDANT:  December 9th, 1957.

5              THE COURT:  And how old are you today?

6              THE DEFENDANT:  Sixty-seven.

7              THE COURT:  What level of education have you

8    completed?

9              THE DEFENDANT:  I graduated from high school, but

10   I didn't start college.

11             THE COURT:  And are you currently under the

12   influence of any drugs, intoxicants, or other medications?

13             THE DEFENDANT:  No, ma'am.

14             THE COURT:  No medications at all?

15             THE DEFENDANT:  Yes.

16             THE COURT:  Yes, under medication or yes, not

17   under medication.

18             MS. DAVIDE:  Yes, he's taking numerous medications

19   for numerous health issues, not for psychological, but yes.

20             THE COURT:  I understand.

21        Do any of them affect your ability to understand

22   things I'm saying?

23             THE DEFENDANT:  No.

24             THE COURT:  Do you think any of them affect your

25   ability to understand or think logically?

1          THE DEFENDANT:  No.  I had CoVid and sometimes I

2    forget things.

3          THE COURT:  Are you remembering things here this

4    afternoon?

5          THE DEFENDANT:  Yes, I'm here, I'm in Pinellas.

6          MS. DAVIDE:  Judge, I have met with him, just for

7    the record, for the last four hours, since about

8    11:00 o'clock this morning, and we've gone over everything

9    we've gone over before, but he is fine.  I think he's just

10   not -- nervous and he's not understanding your questions,

11   but --

12         THE COURT:  Okay.  I just have one more question.

13         MS. DAVIDE:  I wanted to --

14         THE COURT:  Yeah.

15         MS. DAVIDE:  Go ahead.

16         THE COURT:  Is anything affecting your memory here

17   today?

18         THE DEFENDANT:  No, not right now.

19         THE COURT:  Does either party have any concerns

20   about competency or otherwise?

21         MS. STOIA:  I do not, Your Honor.

22         MS. DAVIDE:  No, Judge, absolutely not.

23         THE DEFENDANT:  No, ma'am.

24         THE COURT:  Okay.  Thank you.

25         Mr. Montero-Monsalvo, you have previously pleaded

1    not guilty and you have the right to maintain that plea and

2    to have a speedy and public trial and to be tried by 12

3    jurors, all of whom would have to unanimously agree on your

4    guilt before you could be convicted.

5            You may waive that right and agree to a non-jury

6    trial and, if you did that, you could still require the

7    government to put on all of their evidence.

8            In other words, even if you wanted a bench trial

9    and not a jury trial, you would still be presumed innocent

10   and the government would have to prove its charge beyond a

11   reasonable doubt.

12           You would have the right to be represented by an

13   attorney at that trial and the right to confront witnesses

14   against you; that is, to see, hear, question, and

15   cross-examine those witnesses.

16           Your attorney could offer evidence on your behalf

17   and could object to evidence offered by the government.

18           And if there were witnesses that you wanted to

19   bring to trial that would not come voluntarily, I could

20   enter orders to make them do so.

21           And you would have the right to testify at that

22   trial or the right not to testify.

23           Do you understand all of those rights?

24           THE DEFENDANT:  Yes.

25           THE COURT:  Now, I understand, again from Doc 65

```
 1   that you wish to waive those rights, except for your right
 2   to be represented by an attorney.  Instead, you wish for the
 3   Court to determine your guilt or innocence on the basis of
 4   the stipulated facts that are written down.
 5           Is that what you want to do here today?
 6           THE DEFENDANT:  Yes, ma'am.
 7           THE COURT:  Okay.  I am going to sign, then, this
 8   document that waives your right to a jury trial and then I
 9   will pass it forward for you to also sign.
10           MS. DAVIDE:  Judge, we have fully executed --
11           THE COURT:  You already have it executed?  Oh,
12   okay.  Well, then pass up yours.
13           MS. DAVIDE:  We made one change to the
14   stipulation, so I'm just gonna have him initial that change.
15           THE COURT:  Great.  I'll get to that in a minute.
16           MS. DAVIDE:  Right.  But I'm just gonna have him
17   do it.
18           (Brief pause in proceedings.)
19           THE COURT:  Okay.  Mr. Montero-Monsalvo, this
20   document, the first one that was passed up, says that you
21   are waiving your right to a jury trial and requesting the
22   Court to make findings.
23           Have you had an opportunity to speak to your
24   attorney about this?
25           THE DEFENDANT:  Yes, ma'am.
```

9

```
 1              THE COURT:  Have you had an opportunity to read
 2    the waiver that you signed?
 3              THE DEFENDANT:  Yes, ma'am.
 4              THE COURT:  Do you have any questions about the
 5    waiver that you signed?
 6              THE DEFENDANT:  No, ma'am.
 7              THE COURT:  Okay.  There was also passed up the
 8    stipulation, these are the factual statements and assertions
 9    that the parties have agreed to.  I see that there is a
10    couple edits.
11              So the first is that the fishing vessel, this is
12    page three, was ultimately dispatched, but had significant
13    maintenance issues at sea.  So it's striking out "with
14    cocaine."
15              And the government is okay with that?
16              MS. STOIA:  Yes, Your Honor.
17              THE COURT:  The next one is that CW1 told the
18    defendant to complete the smuggling venture on the
19    replacement fishing vessel.
20              And then the next one is on page four, it's
21    deleting the sentence about the defendant giving the
22    coordinates for the location for which they could pick up
23    the cocaine.
24              THE DEFENDANT:  Yes, ma'am.
25              THE COURT:  Okay.
```

1          MS. DAVIDE:  Judge --

2          THE COURT:  Mr. Montero-Monsalvo, is it your

3    decision, then, to stipulate to the facts that are contained

4    here in this stipulation that you just signed?

5          THE DEFENDANT:  Yes, ma'am.

6          THE COURT:  Has anyone threatened, forced,

7    coerced, or intimidated you to cause you to make this waiver

8    of your right to a jury trial or to the stipulated facts?

9          THE DEFENDANT:  No, ma'am.

10         THE COURT:  Have you had any promises been made to

11   you to cause you to make this waiver or agree to the

12   stipulated facts?

13         THE DEFENDANT:  No, ma'am.

14         THE COURT:  Counsel, can you assure the Court that

15   there were no promises, understandings, or assurances

16   induced -- inducing this disposition of the case?

17         MS. DAVIDE:  Yes, ma'am.  I would also like

18   Your Honor to be aware of the fact that I am fully bilingual

19   and that I went through this with Mr. Montero-Monsalvo

20   several times and today in lockup again word for word, and

21   he and I were the ones that proposed to the government the

22   changes that didn't accurately state the facts.  So

23   Mr. Montero-Monsalvo is fully aware of the stipulation that

24   he executed.

25         THE COURT:  Thank you.

1          In light of this, I accept and approve the waiver

2    under Rule 23 and will proceed with the bench trial on this

3    stipulated record.

4          And I'll ask the courtroom deputy at the end of

5    this proceeding to file both of these on the docket.

6          In light of counsel's representation that she's

7    gone over all the stipulated facts with her client, he's

8    assured me no one has threatened him or coerced and he

9    understands them and has no questions with regards to the

10   stipulated facts, I will accept this stipulation and adopt

11   the stipulated facts as my findings of facts for this case.

12         Is counsel raising the same motions to dismiss

13   that I've already ruled upon, preserve it for the record?

14         MS. DAVIDE:  Yes, ma'am, and we have actually

15   delineated them on a separate document that was filed, which

16   is the defense proposed conclusions of law, which are A

17   through G, and those are the issues that we intend to

18   maintain for appeal, not limiting any other issues that may

19   arise at our appeal.

20         THE COURT:  Yes, I saw that at Doc 65 contained

21   therein.

22         And for the reasons I had stated in my earlier

23   orders, I will deny them again on those bases and affirm my

24   rulings.

25         Okay.  I'm going to move to Count One now.

1        The United States charged Mr. Montero-Monsalvo

2  with violation of Title 46, United States Code, Section

3  70503(a)(1), and 70506(a) through (b), which make it a

4  federal crime to possess with intent to distribute cocaine

5  aboard a vessel subject to the jurisdiction of the United

6  States.

7        To find the defendant guilty of that offense, the

8  United States would have to prove the following facts beyond

9  a reasonable doubt:

10        One, that two or more persons in some way or

11  manner came to a mutual understanding to try and accomplish

12  a common and unlawful plan as charged in the indictment;

13        Two, that the defendant, knowing the unlawful

14  purpose of the plan, willfully joined in it;

15        Three, that the object of the unlawful plan was to

16  possess with intent to distribute five kilograms or more of

17  a mixture or substance containing a detectable amount of

18  cocaine aboard a vessel; and,

19        Four, that the vessel was subject to the

20  jurisdiction of the United States.

21        I conclude as a matter of law that the vessel in

22  question here was subject to the jurisdiction of the United

23  States under 46 U.S.C., Section 70502(c)(1)(C).

24        Mr. Montero-Monsalvo has in his stipulation

25  admitted that someone hired him and other members of a

1  Colombian drug trafficking operation to contract a vessel to

2  transport bulk cocaine.

3         This evidence establishes that two or more persons

4  in some way or manner came to a mutual understanding to try

5  and accomplish a common and unlawful plan to possess with

6  intent to distribute cocaine aboard a vessel.

7         Mr. Montero-Monsalvo also admits that he secured

8  the Maria Purisima for the drug smuggling operation and

9  coordinated with crew members to carry out the illegal

10  scheme, including by hiring the vessel's captain.

11         MS. DAVIDE:  Judge, I apologize that's not

12  accurate.

13         THE COURT:  That's not accurate?

14         MS. DAVIDE:  It doesn't say he hired.  I think he

15  hired the boat, but he didn't hire the captain.  I don't

16  think the word hired was -- he facilitated the boat and he

17  negotiated with the captain, but the captain was secured by

18  a third party.

19         THE COURT:  What about the first sentence that

20  says, paragraph 15, it says he offered the captain the

21  opportunity to captain a fishing vessel to transport two

22  tons of cocaine to Honduras?

23         MS. DAVIDE:  Right, and that would -- we would say

24  is the correct wording, that he -- offered an opportunity.

25         THE COURT:  Okay.  I'll strike what I said earlier

1    and adopt that phraseology of his involvement with the

2    captain.

3          MS. DAVIDE:  Yes, ma'am.

4          THE COURT:  Is that okay?

5          MS. DAVIDE:  Yes, ma'am.  Thank you.

6          THE COURT:  Okay.  That fact, coupled with the

7    ones I already had said earlier in his involvement with

8    coordinating the dropoff and pickup and locations for the

9    cocaine, establishes that Mr. Montero-Monsalvo knew the

10   unlawful purpose of the plan and willfully joined in it.

11         Okay.  Mr. Montero-Monsalvo has further stipulated

12   that on or about August 27th, 2019, that HNLMS Groningen, a

13   Royal Netherlands Navel vessel, with an embarked U.S. Coast

14   Guard Law Enforcement detachment detected Maria Purisima

15   roughly 42 nautical miles north of Venezuela.

16         The Coast Guard sailed a small boat to the Maria

17   Purisima to conduct a right-of-approach questioning.  They

18   witnessed the crew jettisoning packages and recovered these

19   packages and the U.S. Drug Enforcement Administration later

20   tested them and concluded that they contained cocaine and

21   had a net weight of 305 kilograms.

22         This evidence establishes that the conspiracy

23   involved five or more kilograms of a substance containing a

24   detectable amount of cocaine.

25         Any concern with those facts?

1          MS. DAVIDE:  No, ma'am.

2          THE COURT:  Okay.  Based upon his stipulations,

3   then, I find that all the elements of the conspiracy to

4   distribute and possess with intent to distribute five

5   kilograms or more of a mixture and substance containing a

6   detectable amount of cocaine onboard a vessel subject to the

7   jurisdiction of the United States under 46 U.S.C., Sections

8   70503(a)(1), 70506(a) and (b), have been established beyond

9   a reasonable doubt and that the defendant, Alvaro

10  Montero-Monsalvo, is guilty of the offense charged in

11  Count One of the indictment.

12          As such, I adjudicate him guilty of the charge set

13  forth in Count One of the indictment and will enter a

14  verdict form reflecting that finding.

15          I'll also ask the Deputy Clerk to prepare an order

16  directing the Probation officer to prepare a Presentence

17  Investigation Report and I'm scheduling the hearing for

18  April 15th, 2025, at 10:00 a.m. before me here in

19  Courtroom 13B.

20          Unless counsel has an objection to that date, I

21  will enter an order with that time.

22          MS. DAVIDE:  No, Judge, that's fine for the

23  defense.

24          MS. STOIA:  That's fine.

25          MS. DAVIDE:  Judge, I just wanted to put on the

1  record that the government has agreed that because the

2  stipulated bench trial was done to preserve certain issues

3  for appeal that Mr. Monsalvo, unless something changes at

4  sentencing, is eligible for the three points for acceptance

5  of responsibility.

6          THE COURT:  Ms. Stoia?

7          MS. STOIA:  Yes, as I've said, you know, barring

8  some recantation or disagreement with the Probation officer

9  when they're preparing the PSR, I see no reason why he

10 shouldn't receive the three acceptance points.

11         THE COURT:  And that's standard I think with your

12 office, to not object to the three points if there's no

13 further issues.

14         MS. STOIA:  Yes, Your Honor.

15         MS. DAVIDE:  Right, Judge.

16         THE COURT:  Okay.  Anything else the Court needs

17 to address before we're adjourned?

18         MS. STOIA:  Not from the government.  Thank you.

19         MS. DAVIDE:  No, Your Honor.  Thank you for your

20 time.

21         THE COURT:  Okay.  In that light, we're adjourned.

22              (Proceedings concluded.)

23

24

25

```
1   UNITED STATES DISTRICT COURT )
                                 )
2   MIDDLE DISTRICT OF FLORIDA   )

3                  REPORTER TRANSCRIPT CERTIFICATE

4
         I, Howard W. Jones, Official Court Reporter for the
5   United States District Court, Middle District of Florida,
    certify, pursuant to Section 753, Title 28, United States
6   Code, that the foregoing is a true and correct transcription
    of the stenographic notes taken by the undersigned in the
7   above-entitled matter (Pages 1 through 16 inclusive) and
    that the transcript page format is in conformance with the
8   regulations of the Judicial Conference of the United States
    of America.

9

10                              /s  Howard W. Jones

11                              _____
                                Howard W. Jones, RPR, FCRR
12                              Official Court Reporter
                                United States District Court
                                Middle District of Florida
13                              Tampa Division
                                Date:  7/30/2025
14

15

16               REPORTER ORIGINAL NOTES CERTIFICATE

17       In accordance with Section 753(b), Title 28, United
    States Code, I certify that these original notes are a true
18  and correct record of proceedings held in the United States
    District Court, Middle District of Florida, before the
19  Honorable Kathryn Kimball Mizelle, District Court Judge, on
    1/7/2025.

20

21                              /s  Howard W. Jones

22                              _____
                                Howard W. Jones, RPR, FCRR
23                              Official Court Reporter
                                United States District Court
                                Middle District of Florida
24                              Tampa Division
                                Date:  7/30/2025
25
```

MS. DAVIDE: [22]

MS. STOIA: [7]
2/6 6/21 9/16 15/24
16/7 16/14 16/18
THE COURT: [50]

THE
DEFENDANT:
[26]
THE DEPUTY
CLERK: [2]  2/20
3/2
THE
INTERPRETER:
[1]  2/18

**/**
/s [2]  17/10 17/21

**1**
1/7/2025 [1]  17/19
10:00 a.m [1]  15/18
11:00 o'clock [1]
 6/8
12 [1]  7/2
13B [2]  1/22 15/19
15 [1]  13/20
15th [1]  15/18
16 [1]  17/7
1957 [1]  5/4

**2**
2019 [1]  14/12
2025 [5]  1/5 15/18
 17/13 17/19 17/24
23 [1]  11/2
27th [1]  14/12
28 [2]  17/5 17/17

**3**
305 kilograms [1]
 14/21
305/854-6100 [1]
 1/19
3200 [1]  1/15
33146 [1]  1/19
33602 [2]  1/16 1/22
377 [1]  2/4
3:01 [1]  1/6
3:25 [1]  1/6

**4**
400 [1]  1/15
42 [1]  14/15
420 [1]  1/18
46 [3]  12/2 12/23
 15/7
4B [1]  1/18

**6**
6000 [1]  1/16
6100 [1]  1/19
6158 [1]  1/23
65 [3]  3/17 7/25

**7**
7/30/2025 [2]  17/13
 17/24
70502 [1]  12/23
70503 [2]  12/3 15/8
70506 [2]  12/3 15/8
753 [2]  17/5 17/17

**8**
801 [1]  1/22
813/274-6000 [1]
 1/16
813/301-6158 [1]
 1/23
8:21-cr-377 [1]  2/4
8:21-cr-377-KKM-
AEP [1]  1/5

**9**
9th [1]  5/4

**A**
a.m [1]  15/18
ability [2]  5/21 5/25
aboard [3]  12/5
 12/18 13/6
about [7]  6/7 6/20
 8/24 9/4 9/21 13/19
 14/12
above [1]  17/7
above-entitled [1]
 17/7

## A

absolutely [1]  6/22
accept [2]  11/1
 11/10
acceptance [2]  16/4
 16/10
accomplish [2]
 12/11 13/5
accordance [1]
 17/17
accurate [2]  13/12
 13/13
accurately [1]
 10/22
actually [1]  11/14
addition [1]  4/20
address [1]  16/17
adjourned [2]
 16/17 16/21
adjudicate [1]
 15/12
Administration [1]
 14/19
admits [1]  13/7
admitted [1]  12/25
admitting [1]  3/13
adopt [2]  11/10
 14/1
advised [1]  3/10
AEP [1]  1/5
affect [2]  5/21 5/24
affecting [1]  6/16

afternoon [6]  2/3
 2/7 2/8 2/10 2/13
 6/4
again [3]  7/25
 10/20 11/23
against [2]  4/20
 7/14
agree [4]  3/11 7/3
 7/5 10/11
agreed [2]  9/9 16/1
ahead [1]  6/15
aided [1]  1/25
all [6]  5/14 7/3 7/7
 7/23 11/7 15/3
already [3]  8/11
 11/13 14/7
also [5]  8/9 9/7
 10/17 13/7 15/15
ALVARO [3]  1/7
 5/2 15/9
am [2]  8/7 10/18
AMERICA [2]  1/3
 17/8
amount [3]  12/17
 14/24 15/6
ANA [3]  1/17 1/18
 2/10
any [14]  3/7 3/24
 4/4 4/9 4/11 4/17
 5/12 5/21 5/24 6/19
 9/4 10/10 11/18

anyone [1]  10/6
anything [3]  4/17
 6/16 16/16
apologize [1]  13/11
appeal [3]  11/18
 11/19 16/3
APPEARANCES
 [1]  1/13
approach [1]  14/17
approve [1]  11/1
April [1]  15/18
April 15th [1]
 15/18
are [12]  2/3 3/12
 5/5 5/11 6/3 8/4
 8/21 9/8 10/3 11/16
 11/17 17/17
arise [1]  11/19
as [6]  3/15 11/11
 12/12 12/21 15/12
 16/7
ask [4]  3/4 3/17
 11/4 15/15
assertions [1]  9/8
Assistant [1]  1/15
assurances [1]
 10/15
assure [1]  10/14
assured [1]  11/8
attorney [9]  1/15
 3/10 3/13 3/25 4/11

# A

attorney... [4] 7/13
7/16 8/2 8/24
August [1] 14/12
August 27th [1]
14/12
Avenue [1] 1/22
aware [2] 10/18
10/23

# B

barring [1] 16/7
based [2] 3/12 15/2
bases [1] 11/23
basis [1] 8/3
be [10] 3/14 3/19
4/18 4/20 7/2 7/4
7/9 7/12 8/2 10/18
because [1] 16/1
been [3] 3/18 10/10
15/8
before [11] 1/11
2/15 2/23 3/7 3/12
3/19 6/9 7/4 15/18
16/17 17/18
begin [1] 2/16
behalf [2] 2/11 7/16
believe [1] 3/14
bench [7] 1/11 2/4
2/24 3/11 7/8 11/2
16/2
beyond [4] 3/14

bilingual [1] 10/18
birth [1] 5/3
boat [3] 13/15
13/16 14/16
both [2] 3/19 11/5
brief [2] 3/16 8/18
bring [1] 7/19
bulk [1] 13/2

# C

called [1] 2/2
came [2] 12/11 13/4
can [5] 3/19 3/24
4/5 4/25 10/14
captain [7] 13/10
13/15 13/17 13/17
13/20 13/21 14/2
carry [1] 13/9
case [4] 1/5 2/4
10/16 11/11
cause [2] 10/7
10/11
certain [1] 16/2
CERTIFICATE [2]
17/3 17/16
Certified [1] 2/19
certify [2] 17/5
17/17
challenge [1] 4/21
change [2] 8/13
8/14
changes [2] 10/22

charge [2] 7/10
15/12
charged [3] 12/1
12/12 15/10
Clerk [3] 2/17 2/25
15/15
client [1] 11/7
Coast [2] 14/13
14/16
cocaine [11] 9/14
9/23 12/4 12/18
13/2 13/6 13/22
14/9 14/20 14/24
15/6
Code [3] 12/2 17/6
17/17
coerced [2] 10/7
11/8
college [1] 5/10
Colombian [1] 13/1
come [1] 7/19
commence [1] 2/23
common [2] 12/12
13/5
competency [1]
6/20
complete [1] 9/18
completed [1] 5/8
computer [1] 1/25
computer-aided [1]
1/25

**C**

concern [1]  14/25
concerns [1]  6/19
conclude [1]  12/21
concluded [2]
14/20 16/22
conclusions [1]
11/16
conduct [1]  14/17
confer [1]  4/5
Conference [1]
17/8
conformance [1]
17/7
confront [1]  7/13
conspiracy [2]
14/22 15/3
contained [3]  10/3
11/20 14/20
containing [3]
12/17 14/23 15/5
contract [1]  13/1
convicted [1]  7/4
conviction [1]  4/22
coordinated [1]
13/9
coordinates [1]
9/22
coordinating [1]
14/8
Coral [1]  1/19
correct [3]  13/24

could [9]  2/14 4/18
4/20 7/4 7/6 7/16
7/17 7/19 9/22
counsel [5]  2/12 4/6
10/14 11/12 15/20
counsel's [1]  11/6
Count [4]  3/15
11/25 15/11 15/13
Count One [2]  3/15
15/11
couple [1]  9/10
coupled [1]  14/6
COURT [16]  1/1
1/21 2/2 8/3 8/22
10/14 16/16 17/1
17/4 17/5 17/11
17/12 17/18 17/19
17/22 17/23
courtroom [4]  2/15
2/22 11/4 15/19
Courtroom 13B [1]
15/19
CoVid [1]  6/1
cr [2]  1/5 2/4
crew [2]  13/9 14/18
crime [1]  12/4
cross [1]  7/15
cross-examine [1]
7/15
currently [1]  5/11
CW1 [1]  9/17

**D**

date [4]  5/3 15/20
17/13 17/24
DAVIDE [3]  1/17
1/18 2/11
December [1]  5/4
December 9th [1]
5/4
decision [1]  10/3
defendant [9]  1/8
1/17 2/9 2/25 9/18
9/21 12/7 12/13
15/9
defense [3]  2/12
11/16 15/23
deleting [1]  9/21
delineated [1]
11/15
deny [1]  11/23
deputy [6]  2/15
2/17 2/23 2/25 11/4
15/15
Deputy Clerk [2]
2/17 2/25
detachment [1]
14/14
detectable [3]
12/17 14/24 15/6
detected [1]  14/14
determine [1]  8/3
did [1]  7/6
didn't [3]  5/10

**D**

didn't... [2]  10/22
 13/15
directing [1]  15/16
disagreement [1]
 16/8
dismiss [1]  11/12
dispatched [1]  9/12
disposition [1]
 10/16
distribute [5]  12/4
 12/16 13/6 15/4
 15/4
DISTRICT [14]
 1/1 1/1 1/12 17/1
 17/2 17/5 17/5
 17/12 17/12 17/18
 17/18 17/19 17/23
 17/23
DIVISION [3]  1/2
 17/13 17/24
Dixie [1]  1/18
do [18]
Doc [3]  3/17 7/25
 11/20
Doc 65 [1]  7/25
docket [1]  11/5
document [3]  8/8
 8/20 11/15
Does [1]  6/19
doesn't [1]  13/14
don't [1]  13/15

done [1]  16/2
doubt [4]  3/15 7/11
 12/9 15/9
down [1]  8/4
dropoff [1]  14/8
drug [3]  13/1 13/8
 14/19
drugs [1]  5/12

**E**

earlier [3]  11/22
 13/25 14/7
edits [1]  9/10
education [1]  5/7
either [1]  6/19
elements [1]  15/3
eligible [1]  16/4
else [1]  16/16
embarked [1]
 14/13
end [1]  11/4
Enforcement [2]
 14/14 14/19
enter [3]  7/20 15/13
 15/21
entitled [1]  17/7
ESQ [2]  1/14 1/17
established [1]  15/8
establishes [3]  13/3
 14/9 14/22
even [1]  7/8
everything [1]  6/8
evidence [5]  7/7

 14/22
examine [1]  7/15
except [1]  8/1
executed [3]  8/10
 8/11 10/24
explain [2]  3/4 3/9

**F**

facilitated [1]  13/16
fact [2]  10/18 14/6
facts [12]  3/13 8/4
 10/3 10/8 10/12
 10/22 11/7 11/10
 11/11 11/11 12/8
 14/25
factual [1]  9/8
FCRR [3]  1/21
 17/11 17/22
federal [2]  2/19
 12/4
felony [1]  4/19
few [1]  3/17
file [1]  11/5
filed [2]  3/16 11/15
find [2]  12/7 15/3
finding [1]  15/14
findings [2]  8/22
 11/11
fine [3]  6/9 15/22
 15/24
first [3]  8/20 9/11
 13/19

**F**

fishing [3]  9/11 9/19 13/21
five [3]  12/16 14/23 15/4
five kilograms [1] 12/16
FLORIDA [11]  1/1 1/6 1/16 1/19 1/22 1/22 17/2 17/5 17/12 17/18 17/23
following [1]  12/8
forced [1]  10/6
foregoing [1]  17/6
forget [1]  6/2
form [1]  15/14
format [1]  17/7
forth [1]  15/13
forward [1]  8/9
four [3]  6/7 9/20 12/19
fully [4]  3/6 8/10 10/18 10/23
further [2]  14/11 16/13

**G**

Gables [1]  1/19
get [1]  8/15
giving [1]  9/21
Go [1]  6/15
going [3]  3/3 8/7

gone [3]  6/8 6/9 11/7
gonna [2]  8/14 8/16
Good [5]  2/3 2/7 2/8 2/10 2/13
government [8] 1/14 7/7 7/10 7/17 9/15 10/21 16/1 16/18
graduated [1]  5/9
Great [1]  8/15
Groningen [1] 14/12
Guard [2]  14/14 14/16
guilt [3]  3/14 7/4 8/3
guilty [4]  7/1 12/7 15/10 15/12

**H**

had [9]  4/15 6/1 8/23 9/1 9/12 10/10 11/22 14/7 14/21
hand [3]  2/15 2/22 3/18
has [9]  3/10 3/18 10/6 11/8 11/9 12/24 14/11 15/20 16/1
have [27]
he [13]  6/9 10/21 13/14 13/14 13/15 13/16 13/16 13/20 13/24 16/9
he's [4]  5/18 6/9 6/10 11/7
health [1]  5/19
hear [1]  7/14
hearing [1]  15/17
held [1]  17/18
help [1]  2/12
her [1]  11/7
here [8]  2/3 6/3 6/5 6/16 8/5 10/4 12/22 15/18
high [1]  5/9
Highway [1]  1/18
him [6]  6/6 8/14 8/16 11/8 12/25 15/12
hire [1]  13/15
hired [4]  12/25 13/14 13/15 13/16
hiring [1]  13/10
his [4]  12/24 14/1 14/7 15/2
HNLMS [1]  14/12
Honduras [1]  13/22
Honor [6]  2/10 6/21 9/16 10/18 16/14 16/19
HONORABLE [2]

## H

HONORABLE... [2] 1/11 17/19
hours [1] 6/7
how [1] 5/5
Howard [6] 1/21 17/4 17/10 17/11 17/21 17/22

## I

I'll [7] 2/15 2/22 3/9 8/15 11/4 13/25 15/15
I'm [9] 3/3 3/8 5/22 6/5 6/5 8/14 8/16 11/25 15/17
I've [2] 11/13 16/7
illegal [1] 13/9
important [1] 4/17
included [1] 3/17
including [1] 13/10
inclusive [1] 17/7
indictment [4] 3/15 12/12 15/11 15/13
induced [1] 10/16
inducing [1] 10/16
influence [1] 5/12
initial [1] 8/14
innocence [1] 8/3
innocent [1] 7/9
Instead [1] 8/2
intend [1] 11/17

intent [4] 12/4 12/16 13/6 15/4
intentionally [1] 4/17
interpreter [4] 1/20 2/12 2/17 2/19
interpreting [1] 2/16
intimidated [1] 10/7
intoxicants [1] 5/12
Investigation [1] 15/17
involved [1] 14/23
involvement [2] 14/1 14/7
is [23]
issues [6] 5/19 9/13 11/17 11/18 16/2 16/13
it [15] 3/4 3/5 3/18 3/18 3/19 8/9 8/11 8/17 10/2 11/13 12/3 12/14 13/14 13/20 14/10
it's [3] 3/5 9/13 9/20
its [1] 7/10

## J

January [1] 1/5
jettisoning [1] 14/18

joined [2] 12/14 14/10
joint [1] 3/16
Jones [6] 1/21 17/4 17/10 17/11 17/21 17/22
JUDGE [10] 1/12 6/6 6/22 8/10 10/1 13/11 15/22 15/25 16/15 17/19
judgment [1] 4/21
Judicial [1] 17/8
jurisdiction [4] 12/5 12/20 12/22 15/7
jurors [1] 7/3
jury [6] 3/11 7/5 7/9 8/8 8/21 10/8
just [10] 4/1 4/10 4/15 6/6 6/9 6/12 8/14 8/16 10/4 15/25

## K

KATHRYN [2] 1/11 17/19
kilograms [4] 12/16 14/21 14/23 15/5
Kimball [1] 17/19
KKM [1] 1/5
knew [1] 14/9
know [2] 4/10 16/7
knowing [1] 12/13

**K**

knowingly [1]  4/16

**L**

last [1]  6/7
later [1]  14/19
LAUREN [2]  1/14
 2/6
law [3]  11/16 12/21
 14/14
leave [1]  4/17
let [1]  4/10
level [1]  5/7
lies [1]  4/17
light [3]  11/1 11/6
 16/21
like [1]  10/17
limiting [1]  11/18
location [1]  9/22
locations [1]  14/8
lockup [1]  10/20
logically [1]  5/25

**M**

ma'am [19]
made [2]  8/13
 10/10
maintain [2]  7/1
 11/18
maintenance [1]
 9/13
make [6]  3/6 7/20
 8/22 10/7 10/11

manner [2]  12/11
 13/4
Maria [3]  13/8
 14/14 14/16
matter [2]  12/21
 17/7
may [2]  7/5 11/18
me [8]  3/9 3/12 4/1
 4/5 4/10 4/11 11/8
 15/18
medication [2]  5/16
 5/17
medications [3]
 5/12 5/14 5/18
members [2]  12/25
 13/9
memory [1]  6/16
met [1]  6/6
MIDDLE [6]  1/1
 17/2 17/5 17/12
 17/18 17/23
might [1]  3/5
miles [1]  14/15
minute [1]  8/15
minutes [1]  3/18
mixture [2]  12/17
 15/5
MIZELLE [2]  1/11
 17/19
MONSALVO [18]
MONTERO [17]

3/21 5/2 6/25 8/19
 10/2 10/19 10/23
 12/1 12/24 13/7
 14/9 14/11 15/10
MONTERO-MON
SALVO [3]  1/7 5/2
 15/10
more [6]  6/12 12/10
 12/16 13/3 14/23
 15/5
morning [1]  6/8
motions [1]  11/12
move [1]  11/25
Mr. [15]  2/11 2/21
 3/3 3/21 6/25 8/19
 10/2 10/19 10/23
 12/1 12/24 13/7
 14/9 14/11 16/3
Mr. Monsalvo [1]
 16/3
Mr.
 Montero-Monsalvo
 [14]  2/11 2/21 3/3
 3/21 6/25 8/19 10/2
 10/19 10/23 12/1
 12/24 13/7 14/9
 14/11
Ms. [3]  2/8 2/14
 16/6
Ms. Spellman [1]
 2/14

# M

**Ms. Stoia** [2]  2/8 16/6
**mutual** [2]  12/11 13/4
**my** [3]  11/11 11/22 11/23

# N

**name** [1]  5/1
**nautical** [1]  14/15
**Navel** [1]  14/13
**necessary** [1]  3/14
**need** [2]  3/19 4/11
**needs** [1]  16/16
**negotiated** [1]  13/17
**nervous** [1]  6/10
**net** [1]  14/21
**Netherlands** [1]  14/13
**next** [2]  9/17 9/20
**no** [21]
**non** [1]  7/5
**non-jury** [1]  7/5
**north** [1]  14/15
**not** [18]
**notes** [3]  17/6 17/16 17/17
**now** [4]  4/15 6/18 7/25 11/25
**numerous** [2]  5/18

# O

**o'clock** [1]  6/8
**oath** [1]  4/16
**object** [3]  7/17 12/15 16/12
**objection** [1]  15/20
**occur** [1]  3/20
**offense** [2]  12/7 15/10
**offer** [1]  7/16
**offered** [3]  7/17 13/20 13/24
**office** [1]  16/12
**officer** [2]  15/16 16/8
**Official** [3]  17/4 17/11 17/22
**Oh** [1]  8/11
**okay** [19]
**old** [1]  5/5
**onboard** [1]  15/6
**one** [11]  3/15 6/12 8/13 8/20 9/17 9/20 11/8 11/25 12/10 15/11 15/13
**ones** [2]  10/21 14/7
**operation** [2]  13/1 13/8
**opportunity** [4] 8/23 9/1 13/21 13/24

# P

**p.m** [1]  1/6
**PA** [1]  1/18
**packages** [2]  14/18 14/19
**page** [3]  9/12 9/20 17/7
**Pages** [1]  17/7
**paragraph** [1] 13/20
**part** [1]  3/5
**parties** [2]  3/19 9/9
**party** [2]  6/19 13/18
**pass** [2]  8/9 8/12
**passed** [2]  8/20 9/7
**pause** [2]  4/12 8/18
**perjury** [1]  4/18

# [other entries, right column top]

**order** [3]  2/3 15/14 15/21
**orders** [2]  7/20 11/23
**original** [2]  17/16 17/17
**other** [4]  5/12 7/8 11/18 12/25
**otherwise** [1]  6/20
**our** [1]  11/19
**out** [3]  4/17 9/13 13/9
**over** [4]  3/18 6/8 6/9 11/7

## P

persons [2]  12/10 13/3
phraseology [1]  14/1
pick [1]  9/22
pickup [1]  14/8
Pinellas [1]  6/5
Plaintiff [1]  1/4
plan [5]  12/12 12/14 12/15 13/5 14/10
plea [1]  7/1
pleaded [1]  6/25
please [1]  4/25
point [4]  3/8 4/4 4/9 4/11
points [3]  16/4 16/10 16/12
possess [4]  12/4 12/16 13/5 15/4
prepare [2]  15/15 15/16
preparing [1]  16/9
present [1]  2/11
Presentence [1]  15/16
preserve [2]  11/13 16/2
presumed [1]  7/9
previously [1]  6/25
privately [1]  3/25

## Probation [2]  15/16
16/8
proceed [2]  3/11 11/2
proceeding [6]  4/1 4/5 4/10 4/12 4/21 11/5
proceedings [4]  1/24 8/18 16/22 17/18
process [1]  3/6
promises [2]  10/10 10/15
proposed [2]  10/21 11/16
prosecution [1]  4/18
prove [3]  3/14 7/10 12/8
PSR [1]  16/9
psychological [1]  5/19
public [1]  7/2
Purisima [3]  13/8 14/14 14/17
purpose [2]  12/14 14/10
pursuant [1]  17/5
put [2]  7/7 15/25

## Q

question [3]  6/12 7/14 12/22

## questioning [1]
14/17
questions [5]  3/4 3/9 6/10 9/4 11/9

## R

raise [2]  2/14 2/22
raising [1]  11/12
RDR [1]  1/21
read [1]  9/1
reason [1]  16/9
reasonable [4]  3/15 7/11 12/9 15/9
reasons [1]  11/22
recantation [1]  16/8
receive [1]  16/10
record [7]  3/12 5/1 6/7 11/3 11/13 16/1 17/18
recovered [1]  14/18
redundant [1]  3/5
reflecting [1]  15/14
regards [1]  11/9
regulations [1]  17/8
remembering [1]  6/3
repetitive [1]  3/5
replacement [1]  9/19
Report [1]  15/17
reported [1]  1/24
Reporter [6]  1/21

# R

Reporter... [5]  17/3
 17/4 17/11 17/16
 17/22
representation [1]
 11/6
represented [2]
 7/12 8/2
requesting [1]  8/21
require [1]  7/6
responsibility [1]
 16/5
right [19]
rights [3]  3/7 7/23
 8/1
RMR [1]  1/21
roughly [1]  14/15
Royal [1]  14/13
RPR [2]  17/11
 17/22
Rule [1]  11/2
Rule 23 [1]  11/2
ruled [1]  11/13
rulings [1]  11/24

# S

said [3]  13/25 14/7
 16/7
sailed [1]  14/16
same [1]  11/12
saw [1]  11/20
say [2]  13/14 13/23
saying [2]  3/8 5/22
says [3]  8/20 13/20
 13/20
scheduling [1]
 15/17
scheme [1]  13/10
school [1]  5/9
sea [1]  9/13
Section [4]  12/2
 12/23 17/5 17/17
Sections [1]  15/7
secured [2]  13/7
 13/17
see [3]  7/14 9/9
 16/9
sentence [3]  4/22
 9/21 13/19
sentencing [1]  16/4
separate [2]  4/19
 11/15
set [1]  15/12
seven [1]  5/6
several [1]  10/20
she's [1]  11/6
shouldn't [1]  16/10
sign [2]  8/7 8/9
signed [5]  3/18 3/19
 9/2 9/5 10/4
significant [1]  9/12
since [1]  6/7
Sixty [1]  5/6
Sixty-seven [1]  5/6
small [1]  14/16
smuggling [2]  9/18
 13/8
so [7]  3/18 4/16
 7/20 8/14 9/11 9/13
 10/22
some [5]  3/4 3/4
 12/10 13/4 16/8
someone [1]  12/25
something [1]  16/3
sometimes [1]  6/1
sound [1]  3/5
South [1]  1/18
speak [2]  3/24 8/23
speaks [2]  2/5 2/9
speedy [1]  7/2
spell [1]  4/25
Spellman [3]  1/20
 2/14 2/18
stand [2]  2/14 2/22
standard [1]  16/11
start [1]  5/10
state [2]  4/25 10/22
stated [1]  11/22
statements [1]  9/8
STATES [22]
stenographic [1]
 17/6
still [2]  7/6 7/9
stipulate [1]  10/3
stipulated [12]  2/4
 2/23 3/12 8/4 10/8

**S**

stipulated... [7]
10/12 11/3 11/7
11/10 11/11 14/11
16/2
stipulation [7]  3/17
8/14 9/8 10/4 10/23
11/10 12/24
stipulations [1]
15/2
STOIA [4]  1/14 2/6
2/8 16/6
stop [3]  3/25 4/4
4/9
Street [1]  1/15
strike [1]  13/25
striking [1]  9/13
subject [5]  4/18
12/5 12/19 12/22
15/6
substance [3]  12/17
14/23 15/5
such [1]  15/12
Suite [3]  1/15 1/18
1/22
sure [1]  3/6
swear [3]  2/15 2/23
3/1
sworn [2]  2/17 2/25

**T**

table [1]  2/12
taken [1]  17/6
taking [1]  5/18
talk [1]  4/11
TAMPA [7]  1/2 1/6
1/15 1/16 1/22
17/13 17/24
tell [5]  3/9 4/1 4/5
4/16 4/17
tested [1]  14/20
testify [2]  7/21 7/22
testimony [1]  4/20
Thank [7]  2/20 3/2
6/24 10/25 14/5
16/18 16/19
that [80]
that's [5]  13/11
13/13 15/22 15/24
16/11
their [1]  7/7
them [9]  3/7 3/9
5/21 5/24 7/20 11/9
11/15 11/23 14/20
then [6]  8/7 8/8
8/12 9/20 10/3 15/3
there [4]  7/18 9/7
9/9 10/15
there's [1]  16/12
therein [1]  11/21
these [4]  9/8 11/5
14/18 17/17
they [3]  9/22 14/17

they're [1]  16/9
things [4]  3/4 5/22
6/2 6/3
think [6]  5/24 5/25
6/9 13/14 13/16
16/11
third [1]  13/18
this [18]
those [6]  7/15 7/23
8/1 11/17 11/23
14/25
threatened [2]  10/6
11/8
three [5]  9/12 12/15
16/4 16/10 16/12
through [4]  10/19
11/17 12/3 17/7
time [3]  3/24 15/21
16/20
times [1]  10/20
Title [3]  12/2 17/5
17/17
today [6]  3/22 4/5
5/5 6/17 8/5 10/20
today's [1]  4/12
told [1]  9/17
tons [1]  13/22
trafficking [1]  13/1
transcribed [1]
1/24
transcript [3]  1/11

# T

transcript... [2]
17/3 17/7
transcription [2]
1/25 17/6
transport [2] 13/2
13/21
trial [19]
tried [1] 7/2
true [2] 17/6 17/17
truth [1] 4/16
try [2] 12/11 13/4
two [4] 12/10 12/13
13/3 13/21

# U

U.S [3] 1/15 14/13
14/19
U.S.C [2] 12/23
15/7
ultimately [1] 9/12
unanimously [1]
7/3
under [6] 5/11 5/16
5/17 11/2 12/23
15/7
undersigned [1]
17/6
understand [12]
3/7 3/8 4/2 4/7 4/10
4/12 4/23 5/20 5/21
5/25 7/23 7/25

understanding [5]
6/10 12/11 13/4
understandings [1]
10/15
understands [1]
11/9
UNITED [22]
unlawful [5] 12/12
12/13 12/15 13/5
14/10
unless [2] 15/20
16/3
up [4] 8/12 8/20 9/7
9/22
upon [2] 11/13 15/2
used [1] 4/20

# V

Venezuela [1]
14/15
venture [1] 9/18
verdict [1] 15/14
vessel [11] 9/11
9/19 12/5 12/18
12/19 12/21 13/1
13/6 13/21 14/13
15/6
vessel's [1] 13/10
Victoria [2] 1/20
2/18
violation [1] 12/2
voluntarily [1] 7/19
vs [1] 1/5

# W

waive [4] 3/7 3/10
7/5 8/1
waiver [5] 9/2 9/5
10/7 10/11 11/1
waives [1] 8/8
waiving [1] 8/21
want [6] 3/6 3/10
3/21 3/25 4/11 8/5
wanted [4] 6/13 7/8
7/18 15/25
was [10] 8/20 9/7
9/12 11/15 12/15
12/19 12/22 13/16
13/17 16/2
way [2] 12/10 13/4
we [7] 2/3 2/23 8/10
8/13 11/14 11/17
13/23
we'll [1] 4/1
we're [2] 16/17
16/21
we've [2] 6/8 6/9
weight [1] 14/21
Well [1] 8/12
went [1] 10/19
were [3] 7/18 10/15
10/21
what [6] 3/8 3/21
5/7 8/5 13/19 13/25
What's [1] 5/3
when [1] 16/9

## W

where [1]  3/12
which [4]  9/22
 11/15 11/16 12/3
who [3]  2/5 2/9
 2/11
whom [1]  7/3
why [1]  16/9
will [7]  3/17 8/9
 11/2 11/10 11/23
 15/13 15/21
willfully [2]  12/14
 14/10
wish [4]  4/4 4/9 8/1
 8/2
witnessed [1]  14/18
witnesses [3]  7/13
 7/15 7/18
word [3]  10/20
 10/20 13/16
wording [1]  13/24
words [1]  7/8
would [12]  2/21
 3/14 7/3 7/9 7/10
 7/12 7/19 7/21
 10/17 12/8 13/23
 13/23
written [1]  8/4

## Y

Yeah [1]  6/14
yes [23]

yet [1]  3/18
you [77]
your [35]
Your Honor [1]
 10/18
yours [1]  8/12